UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KUANG-BAO P. OU-YOUNG,

        Plaintiff,

    v.

EDWARD LEAVY, et al.,

        Defendants.

Case No.  19-cv-03049-SVK

**ORDER OF RECUSAL**

This Court recuses itself from hearing this case and directs the Clerk of Court to reassign this case to another judge.

**SO ORDERED.**

Dated: June 4, 2019

_____
SUSAN VAN KEULEN
United States Magistrate Judge