UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KUANG-BAO P. OU-YOUNG,

Plaintiff,

v.

EDWARD LEAVY, et al.,

Defendants.

Case No.  19-cv-03049-WHO

**REASSIGNMENT ORDER**

The judge assigned to the above-captioned action having been named in the complaint, IT IS HEREBY ORDERED that this case is reassigned to the Honorable Edward J. Davila for all further proceedings.  Counsel are hereby instructed that all future filings shall bear the new initials **EJD** immediately after the case number.

**IT IS SO ORDERED.**

Dated: August 19, 2019

_____

PHYLLIS J. HAMILTON
Chief Judge (for the Executive Committee)