Name: Kuang-Bao Ou-Young

Address: 1362 Wright Avenue

Sunnyvale, CA 94087

Phone Number: (408) 234-2371

E-mail Address: kbouyoung@yahoo.com

*Pro Se*

RECEIVED

AUG 27 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Kuang-Bao P. Ou-Young | ) Case Number: 19-cv-3049-EJD |
| | ) |
| | ) [PROPOSED] ORDER GRANTING |
| Plaintiff, | ) MOTION FOR PERMISSION FOR |
| | ) ELECTRONIC CASE FILING |
| | ) |
| vs. | ) DATE: |
| | ) TIME: |
| Edward Leavy, et al., | ) COURTROOM: |
| | ) JUDGE: |
| | ) |
| Defendant. | ) |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: _____August 29, 2019_____      _____

United States District/Magistrate Judge