DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6925
    FAX: (415) 436-6748
    Sara.winslow@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| KUANG-BAO P. OU-YOUNG, | ) CASE NO. C 19-3049 EJD |
| Plaintiff, | ) **MOTION FOR ADMINISTRATIVE RELIEF TO PERMIT THE UNITED STATES OF AMERICA TO APPEAR AS *AMICUS CURIAE* REGARDING DISMISSAL OF THE FEDERAL DEFENDANTS; [~~PROPOSED~~] ORDER** |
| v. | ) |
| EDWARD LEAVY, et al., | ) |
| Defendants. | ) |

Pursuant to Civil L.R. 7-11, the United States of America, a non-party, hereby moves for an order permitting it to appear as *amicus curiae* in this action, and to file a memorandum of points and authorities in support of dismissal of the current and former federal employees (hereinafter collectively referred to as the Federal Defendants[1]) named in Plaintiff's First Amended Complaint (ECF 10).  As

---

[1] Given the large number of individuals listed in the Amended Complaint, the United States has not verified that each of the Federal Defendants named by Plaintiff actually is or was an employee of the federal government.  The United States also notes that some of the Federal Defendants are deceased.  To the extent the Amended Complaint includes former or current employees of the federal government not listed here, the United States intends its *amicus* brief to encompass those employees as well.

ADMIN. MOTION TO APPEAR AS *AMICUS CURIAE*
CASE NO. C 19-3049 EJD                                                            1

listed by Plaintiff, the Federal Defendants are:

- Federal Judge Defendants: U.S. Supreme Court Chief Justice John G. Roberts, Jr.; U.S. Supreme Court Justices Clarence Thomas, Ruth Bader Ginsburg, Stephen G. Breyer, Samuel A. Alito, Jr., Sonia Sotomayor, Elena Kagan; former U.S. Supreme Court Justice Anthony Kennedy; Fourth Circuit Court of Appeals Judge J. Harvie Wilkinson III; Eighth Circuit Court of Appeals Judge Pasco M. Bowman; Ninth Circuit Court of Appeals Chief Judge Sidney R. Thomas; Ninth Circuit Court of Appeals Judges Edward Leavy, Consuelo M. Callahan, Carlos Bea, Mary M. Schroeder, Barry G. Silverman, Raymond C. Fisher, Ronald M. Gould, Richard R. Clifton, J. Clifford Wallace, Richard C. Tallman; former Ninth Circuit Court of Appeals Judges Alex Kozinski, Procter R. Hug, Harry Pregerson, and Stephen R. Reinhardt; District Judge for the District of Alaska Ralph R. Beistline; District Judge for the District of Arizona Stephen M. McNamee; District Judges for the Central District of California Otis D. Wright II, Andrew J. Guilford, Michael W. Fitzgerald; former District Judges for the Central District of California Audrey B. Collins and George H. King; District Judge for the Eastern District of California Anthony W. Ishii; Chief District Judge for the Northern District of California Phyllis J. Hamilton; District Judges for the Northern District of California Claudia Wilken, Richard Seeborg, Lucy H. Koh, Susan Illston, Edward M. Chen, Jeffrey S. White, Beth Labson Freeman, Charles R. Breyer, Vince Chhabria, William Alsup, Yvonne Gonzalez Rogers, James Donato, Saundra Brown Armstrong, Maxine Chesney, Haywood S. Gilliam, Jr., William H. Orrick, Jon S. Tigar; former District Judges for the Northern District of California James Ware, Ronald M. Whyte, D. Lowell Jensen, Samuel Conti, Thelton E. Henderson; Chief Magistrate Judge for the Northern District of California Joseph C. Spero; Magistrate Judges for the Northern District of California Laurel Beeler, Jacqueline Scott Corley, Nathanael Cousins, Elizabeth D. Laporte, Donna M. Ryu, Kandis A Westmore, Susan Van Keulen; Former Magistrate Judges for the Northern District of California Paul Singh Grewal, Maria-Elena James, Howard R. Lloyd,

ADMIN. MOTION TO APPEAR AS *AMICUS CURIAE*
CASE NO. C 19-3049 EJD                                                                                    2

Nandor J. Vadas; District Judge for the Southern District of California Jeffrey T. Miller; District Judge for the District of Columbia Thomas F. Hogan; District Judge for the Southern District of Indiana Sarah Evans Barker; District Judge for the District of Maine D. Brock Hornby; District Judge for the District of Nevada Roger L. Hunt; Chief District Judge for the Eastern District of North Carolina Terrence W. Boyle; District Judge for the Eastern District of North Carolina Louise W. Flanagan; and Magistrate Judge for the Eastern District of North Carolina Robert B. Jones, Jr.

- Federal Court Personnel Defendants:  Scott S. Harris, Robert K. Loesche, Sally M. Rider, Molly C. Dwyer, Don Lewis, Susan Y. Soong, Tiffany Salinas-Harwell, Tracy Geiger, Betty Walton, Peter A. Moore, Jr., M. Castania, David Stone, Roy Saenz, and Josh Libby.

- Executive Branch Defendants:  Former President Barack Obama; former Attorneys General Eric H. Holder, Jr. and Loretta E. Lynch; U.S. Attorney for the Northern District of California David L. Anderson; former U.S. Attorneys for the Northern District of California Melina Haag, Brian J. Stretch, and Alex G. Tse; Assistant United States Attorneys for the Northern District of California James A. Scharf, Maia Perez, Jeff Nedrow, Elise Becker, Barbara J. Valliere, Daniel Kaleba, Shiao Lee, Merry Jean Chan; Special Assistant United States Attorney for the Northern District of California Chris Vieira; former Assistant United States Attorney for the Northern District of California Claire T. Cormier; U.S. Marshal for the Northern District of California Donald M. O'Keefe; U.S. Marshal for the Eastern District of North Carolina Michael East; U.S. Marshals Service employees Marc A. Harwell, Chris Yamaguchi, Mary Guttoruson; former U.S. Marshals Service employees David Harlow, David J. Anderson, and Robert D. Pettit; U.S. Patent and Trademark Office Director Andrei Iancu; former U.S. Patent and Trademark Office Director Michelle K. Lee; Bureau of Prisons individuals[2] J.C. Holland, T. Smith, A.W. Rupska, L. Wheat,

---

[2] Plaintiff lists these individuals as working at the Federal Correctional Complex in Butner, North Carolina.  The United States makes no representation as to whether they are or were actually

ADMIN. MOTION TO APPEAR AS *AMICUS CURIAE*
CASE NO. C 19-3049 EJD                                                                                          3

R. Koch, Joseph S. Zonno, L. Graddy, Charles L. Griffin, J. Wiggins, T. Rule, E. Singleton, C. Plucker, M. Bowerman, W. Ivey, R. Price, M. Pleasants, M. Jackson, S. O'Brien, C. Whitley, J. Green, M. Deboe, C. Garnes, J. Foster, C. Brummel, B. Sampaga, P. Maville, F. Williams, Jr., Adnan Nogo, L. Overton, and Renee Smith.

In support of the motion, the United States states as follows:

1. On June 3, 2019, Plaintiff Kuang-Bo P. Ou-Young commenced this action. The First Amended Complaint names well over 100 defendants, including the Federal Defendants listed above. Plaintiff seeks relief under various theories for alleged actions of the Federal Defendants.

2. Plaintiff appears to be in the process of serving, or attempting to serve, the Federal Defendants. *See* Winslow Declaration (attached hereto as Exhibit 2), ¶ 3. The United States was not named as a party.

3. The United States seeks *amicus curiae* status in this case to assert its own interest in bringing a relevant pre-filing review order to the Court's attention, and in asserting the Federal Defendants' immunity, as well as the implausibility of the allegations. The United States has an independent interest in the impact of this litigation because the unwarranted assertion of claims for money damages and other relief against federal judges and other federal personnel interferes with the orderly administration of justice and the business of the federal government. *See* 28 U.S.C. § 517 ("The Solicitor General, or any officer of the Department of Justice, may be sent by the Attorney General to any State or district in the United States to attend to the interests of the United States in a suit pending in a court of the United States").

4. The proposed *amicus* brief of the United States is attached hereto as Exhibit 1.

5. The Declaration of Sara Winslow is filed herewith.

6. Based on the foregoing, the United States respectfully requests an order permitting it to appear as *amicus curiae* in the above-captioned action, and to file the attached memorandum of points

---

employees of the Bureau of Prisons.

ADMIN. MOTION TO APPEAR AS *AMICUS CURIAE*
CASE NO. C 19-3049 EJD                                                                                    4

and authorities in support of dismissal of the claims against the Federal Defendants.

//

7. Plaintiff does not consent to the United States' request to appear as *amicus curiae*. *See* Winslow Declaration (attached hereto as Exhibit 2), ¶ 4 & Exh. A.

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

Date: September 27, 2019                                 /s/
SARA WINSLOW
Assistant United States Attorney

[~~PROPOSED~~] ORDER

Having reviewed the United States' Motion for Administrative Relief to Permit the United States of America to Appear as *Amicus Curiae* Regarding Dismissal of the Federal Defendants and any opposition thereto, IT IS HEREBY ORDERED THAT:

1.  The United States of America may appear as *amicus curiae* in this case; and

2.  The United States' Memorandum of Points and Authorities, attached as Exhibit 1 to its Motion, is hereby deemed filed.

IT IS SO ORDERED.

Dated:    October 8, 2019

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

ADMIN. MOTION TO APPEAR AS *AMICUS CURIAE*
CASE NO. C 19-3049 EJD                                                                 5