UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KUANG-BAO P. OU-YOUNG,

Plaintiff,

v.

EDWARD LEAVY, et al.,

Defendants.

Case No.  5:19-cv-03049-EJD

**ORDER OF DISMISSAL**

## I.    PLAINTIFF'S COMPLAINT

Plaintiff Kung-Bao P. Ou-Young initiated this suit against the following current and former federal employees ("Federal Defendants"):

**1.   Federal Judge Defendants**:

- U.S. Supreme Court Chief Justice John G. Roberts, Jr.;

- U.S. Supreme Court Justices Clarence Thomas, Ruth Bader Ginsburg, Stephen G. Breyer, Samuel A. Alito, Jr., Sonia Sotomayor, Elena Kagan;

- former U.S. Supreme Court Justice Anthony Kennedy;

- Fourth Circuit Court of Appeals Judge J. Harvie Wilkinson III;

- Eighth Circuit Court of Appeals Judge Pasco M. Bowman;

- Ninth Circuit Court of Appeals Chief Judge Sidney R. Thomas;

- Ninth Circuit Court of Appeals Judges Edward Leavy, Consuelo M. Callahan, Carlos Bea, Mary M. Schroeder, Barry G. Silverman, Raymond C. Fisher, Ronald M. Gould, Richard R. Clifton, J. Clifford Wallace, Richard C. Tallman;

- former Ninth Circuit Court of Appeals Judges Alex Kozinski, Procter R. Hug, Harry Pregerson, and Stephen R. Reinhardt;

- District Judge for the District of Alaska Ralph R. Beistline;

Case No.: 5:19-cv-03049-EJD
ORDER OF DISMISSAL

1

- District Judge for the District of Arizona Stephen M. McNamee;

- District Judges for the Central District of California Otis D. Wright II, Andrew J. Guilford, Michael W. Fitzgerald;

- former District Judges for the Central District of California Audrey B. Collins and George H. King;

- District Judge for the Eastern District of California Anthony W. Ishii;

- Chief District Judge for the Northern District of California Phyllis J. Hamilton;

- District Judges for the Northern District of California Claudia Wilken, Richard Seeborg, Lucy H. Koh, Susan Illston, Edward M. Chen, Jeffrey S. White, Beth Labson Freeman, Charles R. Breyer, Vince Chhabria, William Alsup, Yvonne Gonzalez Rogers, James Donato, Saundra Brown Armstrong, Maxine Chesney, Haywood S. Gilliam, Jr., William H. Orrick, Jon S. Tigar;

- former District Judges for the Northern District of California James Ware, Ronald M. Whyte, D. Lowell Jensen, Samuel Conti, Thelton E. Henderson;

- Chief Magistrate Judge for the Northern District of California Joseph C. Spero;

- Magistrate Judges for the Northern District of California Laurel Beeler, Jacqueline Scott Corley, Nathanael Cousins, Elizabeth D. Laporte, Donna M. Ryu, Kandis A Westmore, Susan Van Keulen;

- Former Magistrate Judges for the Northern District of California Paul Singh Grewal, Maria-Elena James, Howard R. Lloyd, Nandor J. Vadas;

- District Judge for the Southern District of California Jeffrey T. Miller;

- District Judge for the District of Columbia Thomas F. Hogan;

- District Judge for the Southern District of Indiana Sarah Evans Barker;

- District Judge for the District of Maine D. Brock Hornby;

- District Judge for the District of Nevada Roger L. Hunt;

- Chief District Judge for the Eastern District of North Carolina Terrence W. Boyle;

- District Judge for the Eastern District of North Carolina Louise W. Flanagan; and

- Magistrate Judge for the Eastern District of North Carolina Robert B. Jones, Jr.

2. **Federal Court Personnel Defendants**:

- Scott S. Harris,

- Robert K. Loesche,

- Sally M. Rider,

Case No.: 5:19-cv-03049-EJD
ORDER OF DISMISSAL

2

- Molly C. Dwyer,

- Don Lewis,

- Susan Y. Soong,

- Tiffany Salinas-Harwell,

- Tracy Geiger,

- Betty Walton,

- Peter A. Moore,

- Jr., M. Castania,

- David Stone,

- Roy Saenz, and

- Josh Libby.

3. **Executive Branch Defendants**:

- Former President Barack Obama;

- former Attorneys General Eric H. Holder, Jr. and Loretta E. Lynch;

- U.S. Attorney for the Northern District of California David L. Anderson;

- former U.S. Attorneys for the Northern District of California Melinda Haag, Brian J. Stretch, and Alex G. Tse;

- Assistant United States Attorneys for the Northern District of California James A. Scharf, Maia Perez, Jeff Nedrow, Elise Becker, Barbara J. Valliere, Daniel Kaleba, Shiao Lee, Merry Jean Chan;

- Special Assistant United States Attorney for the Northern District of California Chris Vieira;

- former Assistant United States Attorney for the Northern District of California Claire T. Cormier;

- U.S. Marshal for the Northern District of California Donald M. O'Keefe;

- U.S. Marshal for the Eastern District of North Carolina Michael East;

- U.S. Marshals Service employees Marc A. Harwell, Chris Yamaguchi, Mary Guttoruson;

- former U.S. Marshals Service employees David Harlow, David J. Anderson, and Robert D. Pettit;

Case No.: 5:19-cv-03049-EJD
ORDER OF DISMISSAL

3

- U.S. Patent and Trademark Office Director Andrei Iancu;

- former U.S. Patent and Trademark Office Director Michelle K. Lee; and

- Bureau of Prisons individuals J.C. Holland, T. Smith, A.W. Rupska, L. Wheat, R. Koch, Joseph S. Zonno, L. Graddy, Charles L. Griffin, J. Wiggins, T. Rule, E. Singleton, C. Plucker, M. Bowerman, W. Ivey, R. Price, M. Pleasants, M. Jackson, S. O'Brien, C. Whitley, J. Green, M. Deboe, C. Garnes, J. Foster, C. Brummel, B. Sampaga, P. Maville, F. Williams, Jr., Adnan Nogo, L. Overton, and Renee Smith.

First Amended Complaint (Dkt. No. 10).[1]  Mr. Ou-Young alleges that the Federal Defendants violated his civil rights.  First Amended Complaint ¶¶c1-c45.

## II.    PRE-FILING REVIEW ORDER

In *Ou-Young v. Roberts*, No. 13-4442 EMC (N.D. Cal. Dec. 2013), Judge Chen entered a pre-filing review order.  Specifically, Judge Chen's Order Granting United States' Motion To Dismiss And Declaring Plaintiff A Vexatious Litigant ("Order") requires Mr. Ou-Young to obtain leave of court before filing any further suits alleging any violations of the federal criminal statutes, pursuant to 18 U.S.C. § 1512(b), 18 U.S.C. § 1512 (c), and 18 U.S.C. § 371, and the Federal Tort Claims Act, codified at 28 U.S.C. § 2671 *et seq*., involving parties named in Case No. 13-4442 or in Mr. Ou-Young's prior cases in this District.  Judge Chen's Order also provides that the Clerk of this Court shall not accept for filing any further complaints filed by Plaintiff alleging any claims described in the Order until the complaint has first been reviewed by a judge of this court and approved for filing.

## III.    DISCUSSION

In the present case, Mr. Ou-Young's First Amended Complaint names some of the defendants named in his prior lawsuits, including: Chief Justice John G. Roberts, Jr.. Judge Wilken, Judge Koh, Judge Lloyd, Attorney General Holder, Assistant United States Attorney James Scharf, former United States Attorney Melinda Haag, and federal court employee Tiffany Salinas-Harwell.  The First Amended Complaint also alleges violations of section 1512(c).  Dkt. No. 10 ¶¶ c1-c9, c12-27, c29-31, c34-38, c40, c42-45.  Therefore, the pre-filing review Order

---

[1] The First Amended Complaint includes many other defendants who are not current or former federal employees.

Case No.: 5:19-cv-03049-EJD
ORDER OF DISMISSAL

United States District Court
Northern District of California

applies. Having reviewed the First Amended Complaint, the court finds that it fails to state a potentially cognizable claim against any of the Federal Defendants.

"Judges are absolutely immune from civil liability for their judicial acts." *Adams v. Committee on Judicial Conduct & Disability,* 165 F. Supp. 3d 911, 921 (N.D. Cal. 2016) (Gonzalez Rogers, J.) (citing *Mullis v. U.S. Bankr. Court for Dist. of Nevada*, 828 F.2d 1385, 1388 (9th Cir. 1987)); *see also Mireless v. Waco,* 502 U.S. 9, 9-10 (1991) (per curiam); *Atkinson-Baker & Assoc. v. Kolts,* 7 F.3d 1452, 1454 (9th Cir. 1993) (per curiam).  Mr. Ou-Young's claims against the judges are based upon judicial acts, such as denying his appeal, denying his petition for certiorari, denying motions to disqualify, dismissing his misconduct complaints, dismissing his lawsuits, denying his motions to intervene, issuing the pre-filing review Order, failing to respond to his criminal complaint, ordering his detention, issuing his arrest warrant, ordering his commitment for psychological examination, denying his petition for writ of habeas corpus, dismissing his appeal, and scheduling a case management conference. The judges named in the First Amended Complaint have absolute judicial immunity for these actions.

Federal court personnel have absolute quasi-judicial immunity when performing tasks that are "an integral part of the judicial process." *Mullis v. United States Bankr. Court*, 828 F.2d 1385, 1390 (9th Cir. 1987).  Mr. Ou-Young's claims against federal court personnel are based upon tasks they performed that are an integral part of the judicial process, such as reassigning a case, failing to issue summonses, and failing to provide notice of a direct appeal to the Supreme Court. The federal court personnel defendants have absolute quasi-judicial immunity for these actions.

Federal prosecutors acting in the course of their role as advocates are protected by absolute immunity. *Imbler v. Pachtman,* 424 U.S. 409, 431 (1976) ("We hold only that in initiating a prosecution and in presenting the State's case, the prosecutor is immune from a civil suit for damages under § 1983."); *Heinemann v. Satterberg,* 731 F.3d 914, 918 (9th Cir. 2013) (prosecutorial immunity protects a prosecutor for "his decision to initiate a prosecution."); *Herb Hallman Chevrolet, Inc. v. Nash-Holmes,* 169 F.3d 636, 643 (9th Cir. 1999) ("A prosecutor performing an advocate's role is an officer of the court entitled to absolute immunity.").  Mr. Ou-

Young's claims against the U.S. Attorney's Office employees relate to actions the employees took in his criminal case, such as instituting the criminal case, filing an indictment, and continuing with the prosecution.  The employees of the U.S. Attorney's Office have absolute immunity for these actions.

To the extent any of Mr. Ou-Young's claims against the Federal Defendants are not barred by absolute immunity, they are nonetheless barred by qualified immunity.  Qualified immunity protects public officials from civil liability so long as "their conduct does not violate clearly established statutory or constitutional rights of which a reasonable person would have known." *Harlow v. Fitzgerald*, 457 U.S. 800, 818 (1982) (internal quotation omitted).  Mr. Ou-Young does not allege any conduct by the Federal Defendants that violates clearly established statutory or constitutional rights.  Moreover, almost all of the conduct alleged in the First Amended Complaint is beyond the one-year statute of limitations for *Bivens* actions in California.  *See Chavez v. INS,* 17 F. Supp. 2d 1141, 1145 (C.D. Cal. 1998).

Finally, the First Amended Complaint names the following additional defendants who are not Federal Defendants:  Google, Inc.; Facebook, Inc.; Fedex Corporation; Hewlett Packard Enterprise Company; the Alameda County Sheriff's Office, including several of its sheriffs and deputy sheriffs; attorney James McNair Thompson; the Sunnyvale Department of Public Safety and its current and former chief; CoreCivic, Inc.; the current and former wardens of the Nevada Southern Detention Center ("NSDC") and other NSDC employees; the San Bernardino County Sheriff's Department and its sheriff; the warden of Metropolitan Detention Center, Los Angeles ("MDC-LA") and other MDC-LA employees; and Doe defendants.  First Amended Complaint ¶¶ a121-129, a133-156, a184, a186, a189-190, and a193. The First Amended Complaint fails to state any facts to support a potentially cognizable claim against any of the defendants who are not Federal Defendants.  The claims against these additional defendants are dismissed without leave to amend because amendment would be futile.  *Cervantes v. Countrywide Home Loans, Inc.*, 656 F.3d 1034, 1041 (9th Cir. 2011) (setting forth standard of review and explaining that dismissal without leave to amend is proper when amendment would be futile).

Case No.: 5:19-cv-03049-EJD
ORDER OF DISMISSAL

6

**IV.    ORDER**

Based upon the foregoing, this action is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated:  October 8, 2019

_____

EDWARD J. DAVILA
United States District Judge

United States District Court
Northern District of California

Case No.: 5:19-cv-03049-EJD
ORDER OF DISMISSAL

7