UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 17 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KUANG-BAO P. OU-YOUNG,  Plaintiff-Appellant,  v.  EDWARD LEAVY, Senior Circuit Judge United States of Appeals for the Ninth Circuit, and as an individual; et al.,  Defendants-Appellees. | No. 19-17031  D.C. No. 5:19-cv-03049-EJD Northern District of California, San Jose  ORDER |

Before:  Peter L. Shaw, Appellate Commissioner.

The motion for summary reversal of the district court's judgment (Docket Entry No. 2) is denied without prejudice to renewing the arguments in the opening brief.  *See* 9th Cir. R. 3-6.

The opening brief is due February 18, 2020; the answering brief is due March 19, 2020; and the optional reply brief is due within 21 days after service of the answering brief.

Because appellant is proceeding without counsel, the excerpts of record requirement is waived.  *See* 9th Cir. R. 30-1.2.  Appellees' supplemental excerpts of record are limited to the district court docket sheet, the notice of appeal, the judgment or order appealed from, and any specific portions of the record cited in the answering brief.  *See* 9th Cir. R. 30-1.7.

LCC/MOATT